# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2675
LT Case No. 35-2024-SC-779

_____

TIMOTHY SCHUMAN,

    Appellant,

    v.

PAUL LAIZURE,

    Appellee.

_____

On appeal from the County Court for Lake County.
Chad J. Monty, Judge.

Timothy Schuman, Winter Park, pro se.

No Appearance for Appellee.

May 12, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and WALLIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____